MARK BRNOVICH
Attorney General

Todd Sheridan/ State Bar No. 014652
Assistant Attorney General
Child Support Services-Cap Center
2005 N. Central Ave.
Phoenix, AZ  85004
602-542-9973
email: cse.lccl@azag.gov
Attorneys for the State

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

Fabian Dafonseca Moura,

Debtor.

Case No.: 2:20-BK-07375- BKM

(Chapter 13)

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The State of Arizona, *ex rel*. The Department of Economic Security (Alicia Milan Moura), (hereinafter "the State") by and through its counsel undersigned, hereby objects to confirmation of the above-captioned Debtor's Chapter 13 Plan.  The State objects to Debtor's Plan for Debtor's failure to pay his ongoing domestic support obligation.

## MEMORANDUM OF POINTS AND AUTHORITIES

On June 21, 2020, the Debtor filed his Chapter 13 bankruptcy under Title 11 of the United States Code.  Debtor has an ongoing current support obligation to support his children with Alicia Milan Moura.

According to 11 U.S.C.A. § 1325(a)(8), the court shall confirm a plan **only** if "the debtor has paid all amounts that are required to be paid under a

domestic support obligation and that first become payable after the date of the filing of the petition. . . ." 11 U.S.C.A. §1325(a)(8). Debtor's ongoing current domestic support order is $1,625.00 per month. Debtor is now $1,240.00 behind post-petition through July 31, 2020. Debtor is incurring additional post-petition child support debt and has failed to comply with the requirements of 11 U.S.C.A. § 1325 (a)(8) to obtain plan confirmation.

As Debtor is not making his current monthly child support payments, the State also questions Debtor's ability to fund his plan and maintain his child support obligation. 11 U.S.C.A. § 1325(b)(2) clearly states that disposable income used to fund a plan does not include money needed to support the Debtor's family. Payment of post-petition obligations is an integral part of the Debtor's duty to support his dependants and must be weighed by courts in determining the Debtor's ability to comply with a plan. *In re Dorf*, 219 B.R. 498, 501 (Bankr. N.D. Ill. 1998).

For the foregoing reasons, the State of Arizona respectfully requests that the Court sustain this objection and deny confirmation of the Debtor's proposed Plan.

Dated this 13th day of August, 2020.

Mark Brnovich
Attorney General

 /s/Todd Sheridan (#014652)
TODD SHERIDAN
Assistant Attorney General
Attorneys for the State
of Arizona,*ex rel*. The
Department of Economic Security

1 | Original of the foregoing electronically filed this 13th day of August 2020 with:

Clerk, United States Bankruptcy Court
District of Arizona

Copies of the foregoing electronically sent or mailed this 13th day of August 2020 to the following:

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Ste. 1775
Phoenix, AZ 85003
servicel@maney13trustee.com

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
tom@nwrelief.com
Attorney for Debtor

Fabiano Defonseca Moura
19800 N. 7th St., #1040
Phoenix, AZ 85024
Debtor

By:/s/PBlascruz

8895748